Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Ramon Lopez Franco, et al.,<br><br>Defendant. | CASE NO. CV 10-1704 LJO DLB<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT RAMON LOPEZ FRANCO, individually and d/b/a KNOCKOUT BAR & GRILL |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS

PRODUCTIONS, INC. and Defendant RAMON LOPEZ FRANCO, individually and

d/b/a KNOCKOUT BAR & GRILL, that the above-entitled action is hereby dismissed

with prejudice against RAMON LOPEZ FRANCO, individually and d/b/a

KNOCKOUT BAR & GRILL and subject to the Court's jurisdiction to enforce the

settlement agreement reached between the Parties.

///

///

///

///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).
Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 15, 2011          *s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J SPORTS PRODUCTIONS, INC.


Dated:        March 16, 2011          *s/ Ramon Lopez Franco*
_____                                **RAMON LOPEZ FRANCO**
                                      individually and d/b/a KNOCKOUT BAR & GRILL
                                      (Defendant)


IT IS SO ORDERED.

   Dated:   **April 13, 2011**               **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**